# CHARLES LAW, P.C.
**Attorneys at Law**

_____

Member of the New York Bar

May 18, 2026

**<u>VIA ECF</u>**
Hon. Lara K. Eshkenazi
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Wilson et al. v. IATSE Local 52, No.25-cv-2907 (OEM)(LKE)</u>

Dear Judge Eshkenazi:

We represent plaintiffs Alexander Wilson, Ronald Bishop and Gable Schneider ("Plaintiffs") in this action. We are writing to the Court to respectfully request that for the May 21, 2026 in-person scheduling conference, Plaintiffs counsel may appear telephonically. The reason for this request is that, due to my visual impairment, attending proceedings in person presents significant difficulties, and a telephonic appearance would allow me to fully and effectively participate.

Thank you for your consideration of this matter.

Respectfully submitted,

CHARLES LAW, P.C.

Fred V. Charles, Esq.
244 Fifth Ave., Suite #2717
New York, New York 10001-7604
Phone: (646) 494-2662
Fax:    (800) 757-9630
Email: fcharles@charleslawpc.com