Case Name: Bishop v. International Alliance of Theatrical Stage Employees Local 52

Case Number: 1:25-cv-02907-OEM-LKE

## PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1.  Rule 26(f) Conference held | X | | 5/7/26 |
| 2.  Rule 26(a)(1) disclosures exchanged | X | | 5/13/26 |
| 3. Requested: | | | |
|    a.   Medical records authorization | | X | |
|    b.   Identification of John Doe/Jane Doe defendants | | X | |
| 4.  Procedures for producing Electronically Stored Information (ESI) discussed | X | | 5/7/26 |
| 5.   Protective Order to be submitted for court approval (*see* Standing Protective Order on the Chambers website) | | | To be submitted by 7/20/26 |
| **B. SETTLEMENT PLAN** | | | |
| 1.  Plaintiff to make settlement demand | | X | |
| 2.   Defendant to make settlement offer | | X | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | X | |
| 4.   Settlement Conference (proposed date) | | X | |
| **C. PROPOSED DEADLINES** | | | |
| 1.  Motion to join new parties | | | 8/19/26 |
| 2.  Motion to amend pleadings | | | 8/19/26 |
| 3.   Initial documents requests and interrogatories | | | 6/22/26 |
| 4.   All fact discovery to be completed | | | 3/22/2027 |
| 5. Joint status report certifying the close of fact discovery (one week later) | | | 3/29/2027 |

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| 6. Expert discovery (only if needed) *Check here if not applicable* ☐ | | | |
| a. Affirmative expert reports due | | | 4/21/2027 |
| b. Rebuttal expert reports due | | | 5/12/2027 |
| c. Depositions of experts to be completed | | | 6/2/2027 |
| 7. Completion of all discovery (if different from C.4) | | | |
| 8. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated (one week later) | | | |
| 9. If any party seeks a dispositive motion, date to a. file request for pre-motion conference (if required), or b. file briefing schedule for the motion | | | 6/7/2027 |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | X | |

## D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | ☐ Yes<br>X No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>X No |

## E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | X | |
| a. Response due | | X | |
| b. Reply due | | X | |
| 2. Motion for Rule 23 class certification | | | 1/22/2027 |
| a. Response due | | | 2/19/2027 |
| b. Reply due | | | 3/5/2027 |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED: /s/ Lara K. Eshkenazi                5/21/2026

_____                    _____

**LARA K. ESHKENAZI**                            **Date**
United States Magistrate Judge