August 17, 2026

Via ECF

The Honorable Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Joint Status Update: *Bishop et al v. IATSE Local 52 et al* (25-cv-02907) (OEM-LKE)**

Dear Magistrate Judge Eshkenazi:

Plaintiffs Ronald Bishop, Gable Schneider, and Alexander Wilson (collectively, "Plaintiffs") and Defendant the International Alliance of Theatrical Stage Employees and Moving Picture Technicians, Artists, and Allied Crafts of the United States and Canada, Local 52, Motion Picture Studio Mechanics ("Defendant") (referred to herein individually as a "party" and collectively as "Parties"), submit this joint letter pursuant to the Discovery Plan/Scheduling Order, so ordered by Your Honor on May 21, 2026 ("Scheduling Order"), to update the Court on discovery in the above-referenced matter.

Pursuant to the Scheduling Order, the Parties have exchanged discovery requests. Pursuant to mutually agreed extensions, Plaintiffs and Defendant will exchange responses and objections to the other party's discovery requests and produce records responsive to those requests on August 24, 2026. In its search for responsive records, Defendant located nearly 450,000 records that may need to be reviewed in discovery. The Parties are working together to ascertain a mutually agreeable list of search terms and custodians and a time frame to narrow the universe and scope of records to be reviewed. Given the large volume of records, Defendant and Plaintiffs have agreed that the parties may produce responsive records on a rolling basis beginning August 24. The parties have also tentatively agreed to a deadline of September 24 for the production of substantially all relevant records, subject to further agreement on appropriate search terms and custodians. Considering the volume of document review facing Defendant, the parties have also agreed that extensions of this deadline will be freely given as long as Defendant provides updates in good faith.

As a result of these extensions, Plaintiffs have asked, and Defendant has agreed, to extend the deadline to move to join new parties and amend the operative Complaint. Therefore the parties respectfully request that the Court enter an Order extending the deadline to make a motion to join new parties or amend the pleadings from August 19, 2026 to October 1, 2026. Lastly, Defendant will file a motion pursuant to Federal Rule of Civil Procedure 6(b) for an extension of time to answer the Second Amended Complaint ("SAC"). Defendant will file a proposed answer as an exhibit to this motion. Plaintiffs have agreed not to oppose this motion

because discovery is ongoing and the parties continue to cooperate in resolving this case on its merits.

There are some outstanding discovery disputes that the Parties are attempting to work through without the need for Court intervention. If the Parties are unsuccessful in resolving these issues, the Parties will seek Court intervention as necessary.

We thank the Court for its attention to this matter.

Respectfully Submitted,

CHARLES LAW, P.C.

Fred V. Charles, Esq.
*Attorney for Plaintiffs Ronald Bishop, Gable Schneider, & Alexander Wilson*
244 Fifth Ave., Suite 2727
New York, New York 10001
Tel.: (646) 494-2662
fcharles@charleslawpc.com

WHITEMAN OSTERMAN & HANNA, LLP

/s/

Norma G. Meacham, Esq.
Peter R. Bryce, Esq.
Mackenzie E. Clark, Esq.
*Attorneys for Defendant the International Alliance of Theatrical Stage Employees and Moving Picture Technicians, Artists, and Allied Crafts of the United States and Canada, Local 52, Motion Picture Studio Mechanics*
One Commerce Plaza
Albany, New York 12260
Tel.: (518) 487-7600
nmeacham@woh.com
pbryce@woh.com
mclark@woh.com