UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--- x

ALEXANDER WILSON, RONALD BISHOP and GABLE SCHNEIDER,

Plaintiffs,

-against-

INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, LOCAL 52, LOCAL 52 BENEFIT TRUST FUND,

Defendants.

--- x

Case No.: 25-cv-2907 (OEM)(LKE)

**PROPOSED JOINT STIPULATION REGARDING THE EXTENSION OF TIME FOR PLAINTIFFS TO FILE A THIRD AMENDED COMPLAINT AND/OR JOIN PARTIES**

WHEREAS, on May 21, 2026, this Court entered a Scheduling Order, setting forth the deadlines and schedule for this action. (Dkt. No. 39).

WHEREAS, plaintiffs Alexander Wilson, Ronald Bishop, and Gable Schneider (together, "Plaintiffs") and defendant IATSE Local ("Local 52") (collectively, the Parties") jointly consent to modification of the Scheduling Order in this action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, as follows:

1. The Parties stipulate that Plaintiffs' deadline to file a Third Amended Complaint ("TAC") and/or join additional parties shall be extended from August 19, 2026, to on or before November 6, 2026.

2. Local 52 consents to Plaintiffs filing a TAC and/or join additional parties on or before November 6, 2026, and Plaintiffs consent to Local 52 filing an Answer to the TAC, in lieu of Local 52 filing an Answer to the Second Amended Complaint. .

3. Local 52 shall file its Answer to the TAC within the time limit allowed by the Federal Rules of Civil Procedure.

4. Good cause exists for the Parties' request to modify the Scheduling Order.

5. The Parties have worked collaboratively to adhere to and meet all deadlines set in the Scheduling Order, including through the exchange of discovery demands and responses, as well as the related collection of voluminous documents.

6. Recently, the lead attorney for Local 52 left the law firm of Whiteman Osterman & Hanna LLP, and which necessitated additional time for the new partner on the matter for Local 52 to acclimate to the extensive procedural history of this litigation. Notwithstanding this, the Parties subsequently participated in meet and confers to address outstanding discovery disputes and the procedural posture of the case.

7. As the Parties have a significant amount of outstanding discovery yet to be completed, which the Parties anticipate will change in scope pending Plaintiffs' filing of the Third Amended Complaint, the Parties would appreciate the Court's consideration in extending the deadlines set forth herein.

8. The Parties do not anticipate any meaningful impact to the remaining deadlines in the existing Scheduling Order.

9. We thank the Court for its consideration of this matter.

Dated: September 29, 2026

CHARLES LAW, P.C.
*ATTORNEYS FOR PLAINTIFFS*
244 Fifth Ave., Suite 2717
New York, NY 10001
(646) 494-2662

By: /s/ Fred Charles______
Fred Charles, Esq.

WHITEMAN OSTERMAN & HANA
*ATTORNEYS FOR DEFENDANT*
One Commerce Plaza
Albany, New York 12210
(518) 487-7732

By: /s/ Jennifer Yetto
Jennifer Yetto, Esq.

SO ORDERED on this ___ day of ______________, 2025

_______________________________________
Lara K. Eshkenazi, U.S.M.J.