# CHARLES LAW, P.C.

**Attorneys at Law**

____________

Member of the New York Bar

November 6, 2026

__**VIA ECF**__
Hon. Lara K. Eshkenazi
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Wilson et al. v. IATSE Local 52, No.25-cv-2907 (OEM)(LKE)

Dear Judge Eshkenazi :

We represent plaintiffs Alexander Wilson, Ronald Bishop and Gable Schneider ("Plaintiffs") in this action. We write to respectfully request an extension of time to amend the operative complaint in this action. This is Plaintiffs' second request for an extension. The original deadline is November 6, 2026, and Plaintiffs respectfully request an extension until December 4, 2026. Defendant consent to this request on the conditions that Plaintiffs consent to Defendant filing an answer to the anticipated amended complaint by January 15, 2026, in lieu of filing an answer to the Second Amended Complaint.

The reason for Plaintiffs' request is the, so far, very slow pace of actual discovery that has taken place and several essential disputes, which will be further elaborated on in a motion for discovery shortly.

Thank you for your consideration of this matter.

Respectfully submitted,

CHARLES LAW, P.C.

Fred V. Charles, Esq.
244 Fifth Ave., Suite #2717
New York, New York 10001-7604
Phone: (646) 494-2662
Fax: (800) 757-9630
Email: fcharles@charleslawpc.com